

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Carol Johnene Morris,

\* From the 142nd District Court
of Midland County,
Trial Court No. CV47455.

Vs. No. 11-22-00049-CV

\* October 27, 2022

Guadalupe Valdez, as executrix of
the Estate of Manuel Valdez,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.